UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UDR OF TENNESSEE, L.P.,

        Plaintiff,

vs.                                                                        Case No.: 8:12-cv-2462-T-27AEP

MDG ZAREMBA SAMMYTOWN,
LLC, et al.,

        Defendants.

_____/

## ORDER

**BEFORE THE COURT** is Plaintiff UDR of Tennesee, L.P.'s Response to Court's Order to Show Cause (Dkt. 326). In its Fourth Amended Complaint (Dkt. 241), Plaintiff failed to sufficiently allege its citizenship as well as the citizenship of the Limited Liability Company (LLC) Defendants. Plaintiff and LLC Defendants were ordered to file a joint notice "specifying the citizenship of Plaintiff and LLC Defendants for diversity purposes, with citations to relevant, controlling legal authority" (Dkt. 311). Based on Joint Notice of Citizenship of Plaintiff UDR of Tennessee, L.P. and Defendants MDG Zaremba Sammytown, LLC, Zaremba Contractors, LLC and Zaremba Group, LLC (Dkt. 320), it appeared that diversity of citizenship between Plaintiff and all Defendants is lacking. Consequently, an Order to Show Cause why this case should not be dismissed for lack of subject matter jurisdiction was issued (Dkt. 323). Plaintiff agrees that complete diversity of citizenship between Plaintiff and all Defendants is lacking (Dkt. 326 at 2). Accordingly, this case is **DISMISSED** for lack of subject matter jurisdiction. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 22nd day of September, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of Record

1